In the Matter of the CITY OF NEW YORK et al., Appellants, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, Respondents.

Argued June 11, 1945; decided July 19, 1945.

*Ignatius M. Wilkinson, Corporation Counsel (Francis J. Bloustein* and *Benjamin Komarow* of counsel), for City of New York, appellant.

*Jesse C. Millard* for Staten Island Rapid Transit Railway Company, appellant.

*Philip Halpern, Frank C. Bowers, John J. O'Brien* and *Samuel R. Madison* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.